UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILFRED PINNACE,

      Petitioner,               Case No. 1:11-CV-749

v.                                       HON. GORDON J. QUIST

JOHN PRELESNIK,

      Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation by the United States Magistrate Judge in this action, which was served on Petitioner on April 16, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 16, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED**.

This case is **concluded**.

Dated: May 15, 2014                                          /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE